COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Gil Ramirez and Mariachi Bar & Grill LLC v. Coca-Cola
                          Refreshments USA, Inc., f/k/a Coca-Cola Enterprises, Inc.

Appellate case number:   01-13-00278-CV

Trial court case number: 1017216

Trial court:             County Civil Court at Law No. 4 of Harris County

Appellants appeal from the trial court's judgment signed on February 19, 2013. Their notice of appeal was due by March 21, 2013. *See* TEX. R. APP. P. 26.1. Appellants filed their notice of appeal 11 days later, on April 1, 2013.

We may extend the time to file the notice of appeal if, within 15 days after the deadline to file the notice of appeal, the appellant files a motion for extension. *See* TEX. R. APP. P. 10.5(b), 26.3. A motion for extension was due by April 5, 2013. Appellants electronically filed their motion for extension 3 days later, on April 8, 2013. As such, appellants' motion for extension of time did not extend the deadline to file their notice of appeal.

A motion for extension of time is necessarily implied, however, when, as here, appellants, acting in good faith, file a notice of appeal beyond the time allowed by rule 26.1, but within the 15-day extension period provided by Rule 26.3. *See* TEX. R. APP. P. 26.1, 26.3; *Verburgt v. Dorner*, 959 S.W.2d 615, 617–18 (Tex. 1997). Appellants must, however, offer a reasonable explanation for failing to file their notice of appeal in a timely manner. *See* TEX. R. APP. P. 10.5(b)(1)(C), 26.3; *Jones v. City of Houston*, 976 S.W.2d 676, 677 (Tex. 1998).

Appellants' late-filed motion for extension of time to file the notice of appeal, which we **dismiss as moot**, provides the reasonable explanation for the delay. *See Jones*, 976 S.W.2d at 677; *In re G.J.P.*, 314 S.W.3d 217, 221 (Tex. App.—Texarkana 2010, pet. denied) (concluding that appellants provided, in late-filed motion for extension of time to file notice of appeal, reasonable explanation to support *Verburgt* extension).

The clerk's record has been filed. The court reporter has informed the Court that there is not a reporter's record. Appellants' brief is due on May 13, 2013.

It is so ORDERED.


Judge's signature: /s/ Jane Bland

☑ Acting individually    ☐ Acting for the Court


Date: April 17, 2013